UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK T. HARRIS, | Case No.: 1:23-cv-01765-JLT-SKO (HC) |
| Petitioner, | ORDER VACATING FINDINGS AND RECOMMENDATIONS |
| v. | [Doc. 5] |
| T. CAMPBELL, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 2, 2024, the Court issued Findings and Recommendations to dismiss the petition for failure to exhaust state remedies. (Doc. 5.) On February 23, 2024, Petitioner filed objections to the Findings and Recommendations. (Doc. 9.) The Court has reviewed the objections, and it appears Petitioner has fully exhausted his claim in the state courts. Accordingly, the Court hereby VACATES the Findings and Recommendations.

IT IS SO ORDERED.

Dated: **February 26, 2024**    /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

1