IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KIRK T. HARRIS,** <br><br> Petitioner, <br><br> v. <br><br> **T. CAMPBELL,** <br><br> Respondent. | 1:23-cv-01765-JLT-SKO <br><br> **ORDER** |

Respondent has requested a sixty-day extension of time in which to file Respondent's response to Petitioner's petition. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including June 25, 2024, in which to file Respondent's response to Petitioner's petition.

IT IS SO ORDERED.

Dated:   **April 25, 2024**            /s/ *Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE